UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JODI ROCEL MEYER, an individual<br><br>Plaintiff,<br><br>v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,<br><br>Defendant. | Case No.: 19-cv-1894 JLS (BLM)<br><br>**ORDER DISMISSING CASE** |

On May 6, 2021, the Court issued an Order ("Order," ECF No. 10) directing Plaintiff Jodi Rocel Meyer, proceeding *pro se* and *in forma pauperis*, to show cause why this action should not be dismissed for failure to serve the United States Attorney for this District. The Court noted that, although Plaintiff successfully effected service on the Social Security Administration Office and the U.S. Attorney General's Office, Plaintiff did not direct the U.S. Marshal to effect service on the United States Attorney for the Southern District of California pursuant to Federal Rule of Civil Procedure 4(i). Order at 1. The Court reissued a summons and forwarded it to Plaintiff along with a blank U.S. Marshal Form 285. *Id.* at 2. The Court ordered Plaintiff to "file[] proof that service of the summons and complaint was effectuated on the United States Attorney for the Southern District of California." *Id.*

The Court warned that failure to comply with the Order within forty-five (45) days will result in dismissal of this action without prejudice. *Id.* Although more than forty-five days have elapsed since the electronic docketing of the Order, Plaintiff has failed to comply with the Order.

Accordingly, the Court **DISMISSES WITHOUT PREJUDICE** this action for failure to serve and failure to comply with the Order. The Clerk of the Court **SHALL CLOSE** the file.

**IT IS SO ORDERED.**

Dated: June 23, 2021

Hon. Janis L. Sammartino
United States District Judge